UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| EVANSTON INSURANCE COMPANY,<br><br>　　　　　　　　Plaintiff(s),<br>　　v.<br><br>HARRIS SLIWOSKI LLP, et al.,<br><br>　　　　　　　　Defendant(s). | CASE NO. C24-0207-KKE<br><br>ORDER GRANTING UNOPPOSED<br>MOTION TO EXTEND DEADLINE |

　　This matter comes before the Court on Defendant Harris Sliwoski LLP's unopposed motion for extension of time to respond to the first amended complaint. Dkt. No. 15. The Court finds good cause to extend this deadline to April 16, 2024, and therefore GRANTS the motion (Dkt. No. 15).

　　Dated this 21st day of March, 2024.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Kymberly K. Evanson
　　　　　　　　　　　　　　　　　　United States District Judge

ORDER GRANTING UNOPPOSED MOTION TO EXTEND DEADLINE - 1