THE HON. KYMBERLY K. EVANSON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| EVANSTON INSURANCE COMPANY, an Illinois Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>HARRIS SLIWOSKI LLP, a Limited Liability Partnership, f/k/a HARRIS BRICKEN SLIWOSKI LLP; AND JOHN B. MCDONALD,<br><br>Defendants. | No. 2:24-cv-00207-KKE<br><br>STIPULATED MOTION AND (PROPOSED) ORDER TO AMEND DEADLINES<br><br>NOTE FOR: 04/08/2024 |

## STIPULATION

This Court previously granted Defendants Harris Sliwoski, LLP and John B. McDonald, an extension of time to Answer, to April 16, 2024 (Dkt. 16). Shortly before the grant of this extension, the Court entered deadlines for the FRCP 26(f) Conference, the parties' Initial Disclosures, and the Joint Status Report as reflected in Dkt. 13.

The parties, by and through their undersigned counsel, jointly request that the Court extend the deadline for Defendants' Answers and the activities in Dkt. 13, as described in the chart:

STIPULATED MOTION AND (PROPOSED)
ORDER TO AMEND DEADLINES – 1
LSW6603.014/4862-8458-4115 v.1x



1000 SECOND AVENUE, SUITE 2050
SEATTLE, WASHINGTON  98104
TELEPHONE: (206) 623-4100
FAX: (206) 623-9273

| Event | Current Deadline | New Deadline |
|---|---|---|
| Harris Sliwoski, LLP Answer | 4/16/2024 | 5/31/2024 |
| John B. McDonald | 4/16/2024 | 5/31/2024 |
| Deadline for FRCP 26(f) Conference | 04/08/2024 | 6/21/2024 |
| Initial Disclosures | 04/22/2024 | 7/05/2024 |
| Joint Status Report and Discovery Plan | 04/29/2024 | 7/12/2024 |

DATED this 8th day of April, 2024.

    *s/ Lisa C. Neal*
Lisa C. Neal, WSBA #25686
Sarah L. Eversole, WSBA #36335
WILSON SMITH COCHRAN DICKERSON
1000 2nd Avenue, Suite 2050
Seattle, WA 98104
Phone: (206) 623-4100
l.neal@wscd.com | eversole@wscd.com
Attorneys for Plaintiff


*s/ Michael F. Perlis* (per electronic authorization)
Michael F. Perlis, SBN #95992
Admitted *Pro Hac Vice*
KAUFMAN BORGEEST & RYAN LLP
21700 Oxnard Street - Suite 1450
Woodland Hills, CA 91367
Phone: (818) 880-0992
mperlis@kbrlaw.com
Attorneys for Plaintiff


  *s/ John C. Rake* (per electronic authorization)
John C. Rake, WSBA #48910
LARKINS VACURA KAYSER LLP
121 SW Morrison St., Suite 700
Portland, OR 97204
Phone: (503) 222-4424
jrake@lvklaw.com
Attorneys for Defendants

STIPULATED MOTION AND (PROPOSED)
ORDER TO AMEND DEADLINES – 2
LSW6603.014/4862-8458-4115 v.1x



WILSON SMITH COCHRAN DICKERSON
1000 SECOND AVENUE, SUITE 2050
SEATTLE, WASHINGTON 98104
TELEPHONE: (206) 623-4100
FAX: (206) 623-9273

# ORDER

Based on the above Stipulation, and finding good cause to extend the deadlines in this matter, IT IS ORDERED that:

The Order Regarding Initial Disclosures, Chambers Procedures, Joint Status Report and Early Settlement is revised as follows; and

The deadline for the Defendants' Answers is continued as follows:

| Event | Current Deadline | New Deadline |
|---|---|---|
| Harris Sliwoski, LLP Answer | 4/16/2024 | 5/31/2024 |
| John B. McDonald | 4/16/2024 | 5/31/2024 |
| Deadline for FRCP 26(f) Conference | 04/08/2024 | 6/21/2024 |
| Initial Disclosures | 04/22/2024 | 7/05/2024 |
| Joint Status Report and Discovery Plan | 04/29/2024 | 7/12/2024 |

DATED this _____ day of _____, 2024.

_____
Hon. Kymberly K. Evanson
United States District Judge

STIPULATED MOTION AND (PROPOSED)
ORDER TO AMEND DEADLINES – 3
LSW6603.014/4862-8458-4115 v.1x



WILSON SMITH COCHRAN DICKERSON

1000 SECOND AVENUE, SUITE 2050
SEATTLE, WASHINGTON 98104
TELEPHONE: (206) 623-4100
FAX: (206) 623-9273

# **CERTIFICATE OF SERVICE**

I hereby certify that on the date set forth below, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to those attorneys of record registered on the CM/ECF system. All other parties (if any) shall be served in accordance with the Federal Rules of Civil Procedure.

**SIGNED** this 8th day of April, 2024, at Seattle, Washington.

                  *s/ Traci Jay*
                  Traci Jay

STIPULATED MOTION AND (PROPOSED)
ORDER TO AMEND DEADLINES – 4
LSW6603.014/4862-8458-4115 v.1x



WILSON SMITH COCHRAN DICKERSON

1000 SECOND AVENUE, SUITE 2050
SEATTLE, WASHINGTON 98104
TELEPHONE: (206) 623-4100
FAX: (206) 623-9273