UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| EVANSTON INSURANCE COMPANY, an Illinois Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>HARRIS SLIWOSKI LLP, a Limited Liability Partnership, f/k/a HARRIS BRICKEN SLIWOSKI LLP; AND JOHN B. MCDONALD,<br><br>Defendants. | No. 2:24-cv-00207-KKE<br><br>NOTICE OF DISMISSAL OF ACTION PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)<br><br>NOTE ON MOTION CALENDAR:<br>May 10, 2024 |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Evanston Insurance Company hereby DISMISSES this lawsuit.  This dismissal is without prejudice.

DATED this 10th day of May, 2024.

*s/ Lisa C. Neal*
Lisa C. Neal, WSBA #25686
Sarah L. Eversole, WSBA #36335
WILSON SMITH COCHRAN DICKERSON
1000 2nd Avenue, Suite 2050
Seattle, WA  98104
Phone: (206) 623-4100
l.neal@wscd.com | eversole@wscd.com
Attorneys for Plaintiff

NOTICE OF DISMISSAL – 1

1
2
3   *s/ Michael F. Perlis* (per electronic authorization)
4   Michael F. Perlis, SBN #95992
    Admitted *Pro Hac Vice*
5   KAUFMAN BORGEEST & RYAN LLP
    21700 Oxnard Street - Suite 1450
6   Woodland Hills, CA 91367
    Phone: (818) 880-0992
7   mperlis@kbrlaw.com
    Attorneys for Plaintiff
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

NOTICE OF DISMISSAL – 2



1000 SECOND AVENUE, SUITE 2050
SEATTLE, WASHINGTON 98104
TELEPHONE: (206) 623-4100
FAX: (206) 623-9273

**CERTIFICATE OF ELECTRONIC SERVICE**

I hereby certify that on the date set forth below, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to those attorneys of record registered on the CM/ECF system. All other parties (if any) shall be served in accordance with the Federal Rules of Civil Procedure.

DATED this 10th day of May, 2024.

 *s/ Traci Jay*
Traci Jay

NOTICE OF DISMISSAL – 3



1000 Second Avenue, Suite 2050
Seattle, Washington 98104
Telephone: (206) 623-4100
Fax: (206) 623-9273